# ELECTRONIC RECORD

COA # 05-14-00426-CR          OFFENSE: 19.04

STYLE: Kassandra Martinez-Hernandez v. The State of Texas          COUNTY: Dallas

COA DISPOSITION:     AFFIRM          TRIAL COURT: Criminal District Court No. 2

DATE: 1/21/2015          Publish: NO   TC CASE #:     F-1356452-I

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Kassandra Martinez-Hernandez v. The State of Texas          CCA #: __187-15__

__APPELLANT'S__ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

__refused__          JUDGE: _____

DATE: __May 20, 2015__          SIGNED: _____          PC: _____

JUDGE: __PC__          PUBLISH: _____          DNP: _____

----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

ELECTRONIC RECORD